Johnnie Wesley, Plaintiff-Appellant, v. Police Board of the City of Chicago, et al., Defendants-Appellees.

Gen. No. 51,432.

First District, Second Division.

July 14, 1967.

Glenn C. Fowlkes and R. Eugene Pincham, of Chicago, for appellant; Raymond F. Simon, Corporation Counsel, of Chicago (Sydney R. Drebin, Assistant Corporation Counsel and Harry H. Pollack, Special Assistant Corporation Counsel, of counsel), for appellees. Opinion by JUSTICE BRYANT. Not to be published in full.